HON. J. G. TALIAFERRO,
HON. R. K. HOWELL,
HON. W. G. WYLY,
HON. P. H. MORGAN,  } *Associate Justices.*

---

No. 616.

GEORGE T. VENTRESS VS. W. N. COLLINS, SHERIFF, ET AL.

*The homestead law can not be invoked to defeat the vendor's privilege, nor can it be exercised upon property held in indivision.*

APPEAL from the Eighteenth Judicial District Court, parish of Webster. *Turner*, J. *J. D. Watkins*, for plaintiff and appellee. *George & Taylor*, for defendant and appellant.

MORGAN, J. Plaintiff was married to N. Caroline Leavy. A community of property existed between them. He sued for a divorce. She reconvened and claimed a divorce from him. There was judgment in her favor. In settlement of the community he purchased her interest therein, giving, in part payment, his notes therefor, she retaining thereon special lien and vendor's privilege to secure their payment.

The notes were not paid at maturity. She caused the property to be seized to satisfy her claim. Plaintiff enjoins the sale upon the ground that it will interfere with his homestead. The homestead law can not

be invoked to defeat the vendor's privilege, nor can it be exercised upon property held in indivision.

It is therefore ordered, adjudged, and decreed that the judgment of the district court be avoided, annulled, and reversed, and that the injunction herein issued be dissolved *in toto,* with fifty dollars special damages and fifty dollars general damages, the costs in both courts to be borne by the plaintiff.